IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-MJ-87 |
| | ) | |
| DONALD ZEPEDA, | ) | Court Date: March 7, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT I (Misdemeanor – E1873683)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 13, 2024, on the George Washington Memorial Parkway in Arlington, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DONALD ZEPEDA, intended to cause public nuisance and created a hazardous condition by holding a protest that blocked all Northbound traffic on the Parkway near Donaldson Run.

(In violation of 36 Code of Federal Regulations Section 2.34(a)(4))

COUNT II (Misdemeanor – E1873682)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about February 13, 2024, on the George Washington Memorial Parkway in Arlington, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DONALD ZEPEDA, carelessly or maliciously interfered with the orderly passage of vehicles by staging a protest that blocked all Northbound traffic on the Parkway near Donaldson Run.

(In violation of 36 Code of Federal Regulations Section 4.2
*adopting* Virginia Code Section 46.2-923)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:    _____*// s //*_____
Alexis S. Hughes
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3924
Email: Alexis.Hughes2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on March 5, 2024, I filed the foregoing document with the Clerk of Court

via email, which will cause a true and accurate copy of this document to be transmitted to

counsel of record.

By:      ____*// s //*_____
Alexis S. Hughes
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3924
Email: Alexis.Hughes2@usdoj.gov